UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF TRENT YOHE, deceased, and A.Y., a minor child, by and through SERRINA FRANCIS, Administratix for representative of the Estate of Trent Yohe and next friend of A.Y.,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SPOKANE COUNTY, SCOTT BONNEY, MIKE WALL, JOHN COOK, each in their personal and representative capacities,<br><br>　　Defendants. | NO. CV-09-00197-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE AND DIRECTING CLERK TO CLOSE THE FILE |

　　This matter has been resolved and the Court has previously entered its Order Approving Minor Settlement (Ct. Rec. 22). The parties have now filed a Stipulated Motion for Order of Dismissal With Prejudice (Ct. Rec. 24).

　　**IT IS HEREBY ORDERED:**

　　Pursuant to the Stipulation of the parties (Ct. Rec. 24), the Clerk of this court shall enter judgment of dismissal with prejudice of the Complaint (Ct. Rec. 1) and the claims therein without costs or attorneys fees to any party.

　　**IT IS SO ORDERED**. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

　　**DATED** this 3rd day of September, 2010.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1