AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ESTATE OF TRENT YOHE, deceased, and A.M., a minor child, by and through SERRINA FRANCIS, Administratix for representative of the Estate of Trent Yohe and next friend of A.Y.,

v.

SPOKANE COUNTY, SCOTT BONNEY, MIKE WALL, JOHN COOK, each in their personal and representative capacities,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-197-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice and the claims therein without costs or attorneys fees to any party.

| | |
|---|---|
| September 3, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |